1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutrideafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiffs
JUAN VILA, ARTHUR SCHMIDT, and
LESLIE RUGGIERO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILA, ARTHUR SCHMIDT, and LESLIE RUGGIERO, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS RETAIL, INC. and TAYLOR FRESH FOODS, INC.<br><br>Defendants. | Case No.:  3:25-cv-06255-TSH<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JUAN VILA, ARTHUR SCHMIDT, and LESLIE RUGGIERO hereby voluntarily dismiss of all of their claims in this action with prejudice and putative class member claims without prejudice.

Dated: October 22, 2025

**GUTRIDE SAFIER LLP**

/s/Seth Safier/s/

_____
Seth A. Safier (State Bar No. 197427)
   seth@gutrideafier.com
Marie A. McCrary (State Bar No. 262670)
   marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
   hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*